IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BROOKE AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-081 |
| ) | |
| HIDE N SEEK TOWING & RECOVERY, ) | |
| LLC, and KIA MOTORS FINANCE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 10, 2024, the Court stayed all deadlines in this action through and including November 26, 2024, for the purpose of providing the parties time to finalize settlement documents and file a motion to dismiss the case. (Doc. no. 33.) The Court further directed the parties to file their dismissal or advise the Court as to the status of the case by no later than December 2, 2024. (Id.) The parties were to file a joint proposed Amended Scheduling Order if the case was not resolved. (Id.) The deadline for compliance with the October 10th Order has passed without action by the parties. Accordingly, the Court **ORDERS** the parties to comply with the terms of the October 10th Order on or before Friday, December 13, 2024.

SO ORDERED this 4th day of December, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA