IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BROOKE AMOS, | * | |
| Plaintiff, | * | |
| v. | * | CV 124-081 |
| HIDE N SEEK TOWING & RECOVERY, LLC, *et al.*, | * | |
| Defendants. | * | |

ORDER

Before the Court is Plaintiff and Defendant Hide N Seek Towing & Recovery, LLC's ("Hide N Seek Towing") stipulation of dismissal with prejudice. (Doc. 35.) Both Plaintiff and Hide N Seek Towing signed the stipulation; therefore, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

---

[1] While Plaintiff's original complaint also named Kia Motors Finance ("Kia") as a defendant (See Doc. 1, at 1, 6-9), her amended complaint only brings claims against Hide N Seek Towing (See Doc. 25). Because "[a]n amended pleading supersedes the former pleading," Kia was not required to sign the instant stipulation for dismissal to be proper under Rule 41(a)(1)(A)(ii). Dresdner Bank AG v. M/V OLYMPIA VOYAGER, 463 F.3d 1210, 1215 (11th Cir. 2006).

**ORDER ENTERED** at Augusta, Georgia, this 20th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA